DIANE J. HUMETEWA
United States Attorney
District of Arizona
ANN DEMARAIS
Assistant U.S. Attorney
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
Email: ann.demarais@usdoj.gov
Attorneys for Plaintiff

**VICTIM**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

CR09 0918TUC CKJ/BPV

| | |
|---|---|
| United States of America, | |
| Plaintiff, | **INDICTMENT** |
| vs. | Violation: 18 USC §111 (a)(1) |
| Robert Stoddard, | |
| Defendant. | (Assault on a Federal Officer) |

**THE GRAND JURY CHARGES:**

That on or about January 9, 2009, at or near Tucson, in the District of Arizona, the defendant, Robert Stoddard, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Federal Corrections Officer Christopher Hozey, an officer of the United States or any agency thereof, to an extent not constituting simple assault, by spitting on his face and upper chest area, while Federal Corrections Officer Christopher Hozey was engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

Presiding Juror

MAY 20 2009

DIANE J. HUMETEWA
United States Attorney
District of Arizona

Assistant U.S. Attorney