DENNIS K. BURKE
United States Attorney
District of Arizona
ANN DEMARAIS
Assistant U.S. Attorney
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Email: ann.demarais@usdoj.gov
Telephone: (520) 620-7300
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | )<br>) |
| Plaintiff, | )<br>) CR 09-00918-TUC-CKJ (BPV) |
| v. | )<br>) |
| Robert Leroy Stoddard, Jr., | ) GOVERNMENT'S WITNESS LIST<br>) |
| Defendant. | )<br>) |

Plaintiff, United States of America, by its attorneys, DENNIS K. BURKE, United States Attorney and Ann DeMarais, Assistant United States Attorney, hereby submits the following Good Faith List of Witnesses which will be called within the trial of this case. Any supplements to this list will be filed with the court if it is determined that additional witnesses are required for the presentation of the Government's case in chief.

1) Christopher Hozey, CO, Federal Bureau of Prisons, Tucson;

2) Christopher Smith, Senior Officer, Federal Bureau of Prisons, Tucson;

The Government has requested <u>Henthorn</u> information on the applicable witnesses and will provide any such information to the court for *in-camera* review as necessary.

//

//

1 | Respectfully submitted this 23rd day of November, 2009.

                                            DENNIS K. BURKE
                                            United States Attorney
                                            District of Arizona

                                            *S/Ann DeMarais*

                                            ANN DEMARAIS
                                            Assistant U.S. Attorney

Copy of the foregoing served electronically or
by other means this 23rd day of November, 2009

Nathan Leonard, Esq.