___ LODGED
___ RECEIVED  ___ COPY

NOV 25

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>ROBERT LEROY STODDARD, JR. )<br>Defendant. )<br>) | No. CR09-00918-001-TUC-CKJ(BPV)<br><br>WAIVER OF TRIAL BY JURY |

The undersigned defendant hereby waives the right to a trial by jury and requests the court to try all charges against him in the case without a jury.

__11-25-09__
Date

__[signature]__
Defendant

The undersigned attorney for the defendant herein represents that prior to the signing of the foregoing waiver, the defendant was fully advised as to the rights of an accused under the Constitution and laws of the United States, to a speedy and public trial by jury; and further represents that, in his opinion, the above waiver by the defendant of trial by jury is understandingly made, and recommends to the Court that the waiver be approved.

__11/25/09__
Date

__[signature]__
Attorney for Defendant

The United States Attorney hereby consents that the case be tried without a jury.

__11/25/09__
Date

UNITED STATES ATTORNEY
By: __[signature]__

__11-25-09__
Date

__[signature]__
UNITED STATES DISTRICT JUDGE