*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*

**UNITED STATES OF AMERICA**
PLAINTIFF

v.

**ROBERT LEROY STODDARD JR.**
DEFENDANT

**WITNESS LIST**

CASE NUMBER: **CR09-00918-001-TUC-CKJ(BPV)**

| PRESIDING JUDGE:<br>**CINDY K. JORGENSON** | COURTROOM DEPUTY:<br>**JILL TARLTON** | COURT REPORTER:<br>**MARY RILEY** |
|---|---|---|
| BENCH TRIAL DATES:<br>**12/4/09** | PLAINTIFF ATTORNEYS:<br>**ANN DeMARAIS, AUSA** | DEFENDANT ATTORNEYS:<br>**NATHAN LEONARDO, ADVISORY COUNSEL** |

| PLF | DFT | DATE SWORN | DATE APPEARED | *WITNESSES* | Under Rule |
|---|---|---|---|---|---|
| X |   | 12/04/09 | 12/04/09 | Christopher Hozey, Corrections Officer Bureau of Prisons | X |
| X |   | 12/04/09 | 12/04/09 | Christopher Smith, Corrections Officer Bureau of Prisons | X |
|   | X | 12/04/09 | 12/04/09 | Robert Leroy Stoddard, Jr. |   |
|   | X | 12/04/09 | 12/04/09 | Nicholas Regan | X |
| X |   | 12/04/09 | 12/04/09 | Frederick Trainer | X |