UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

EXHIBIT LIST FOR TRIAL

UNITED STATES OF AMERICA
PLAINTIFF

V.

Robert Leroy Stoddard,
DEFENDANT

CASE NUMBER: 09-0918-TUC-CKJ (BPV)

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Honorable Cindy K. Jorgenson | Jill Tarlton | Mary Riley |
| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| December 2, 200 | Ann DeMarais, AUSA | Nathan D. Leonardo, Esq. |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1. | | 12-4-09 | Photo of Staircase |
| 2. | | 12-4-09 | Photo of Holding Cell |
| 3. | | 12-4-09 | Photo close up, cell slot |
| 4. | | 12-4-09 | Photo, view of hallway |
| 5. | | 12-4-09 | Photo of cell slot |
| 6. | | | DVD |
| 7. | | 12-4-09 | LETTER SIGNED by FREDERICK TRAINER |
| | 11 | | Report |
| | 12 | 12-4-09 | Numerous letters (admitted for impeachment only) |