LEONARDO LAW OFFICE, PLLC
Nathan D. Leonardo
Arizona State Bar No. 018835
2 E. Congress, Suite 900
Tucson, AZ 85701
(520) 202-7368
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) CR 09-00918-001-TUC-CKJ |
| | ) |
| Plaintiff, | ) **NOTICE OF OBECTIONS TO** |
| | ) **PRESENTENCE INVESTIGATION** |
| vs. | ) **REPORT** |
| | ) |
| ROBERT LEROY STODDARD JR., | ) |
| | ) |
| Defendant. | ) |

The Defendant, Robert Stoddard Jr., by and through undersigned counsel, hereby files his objections to the Presentence Investigation Report (hereinafter "PSR"):

**General Objection**

The defendant objects to his offense being treated as a felony offense and, for the reasons set forth in his motion to dismiss the indictment (which he re-urged upon the close of the government's case and which he incorporates herein by reference), asserts that the offense should be considered a misdemeanor punishable by no more than 12 months imprisonment.

-1-

**Objection to Paragraph 10 (Addition of 2 Levels for Physical Contact):**

This paragraph asserts that the defendant's base offense level should be increased two levels, pursuant to USSG § 2A2.4(b)(1)(A), because physical contact was involved. The defendant asserts that indirect contact by spitting does not constitute "physical contact" for purposes of 18 U.S.C. § 111(a)(1) or USSG § 2A2.4(b)(1)(A).

**Objection to Paragraph 13 (Obstruction of Justice):**

This paragraph asserts that the defendant's base offense level should be increased two levels, pursuant to USSG § 3C1.1, comment (n.4(c)), because another inmate testified that the defendant had him fabricate a letter to use as evidence. The defendant asserts, as he did at trial, that he did not fabricate this letter. The inmate's testimony to the contrary was not credible and does not establish that the defendant obstructed justice by a preponderance of the evidence. The inmate only testified that the letter was fabricated because he was being threatened by other inmates at USP Tucson and wanted to be moved from the facility. The inmate knew that his testimony against Mr. Stoddard would allow him to be relocated. His plan apparently worked.

WHEREFORE, the defendant respectfully requests that this Court consider his objections and find that his offense is a misdemeanor punishable by up to 12 months imprisonment, and that his has a Total Offense Level of 10.

RESPECTFULLY SUBMITTED this 23rd day of February, 2010.

/s/Nathan Leonardo
Nathan Leonardo,
Attorney for Defendant